IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| RICK D. LAWRENCE, | § § | Case No. 05-32975-H1-7 |
| Debtor. | § § § | Chapter 7 |

| | | |
|---|---|---|
| CADLEWAY PROPERTIES, INC. | § § | |
| V. | § § § | ADVERSARIAL NO. 05-3342 |
| RICK D. LAWRENCE, XXTREME PIPE SERVICES, LLC, XXTREME TRUCKING, LLC, AND XXTREME PIPE STORAGE, LLC | § § § § | |

## DEFENDANTS' XXTREME PIPE SERVICES, LLC, XXTREME TRUCKING, LLC, AND XXTREME PIPE STORAGE, LLC'S CORPORATE OWNERSHIP STATEMENT

Defendants Xxtreme Pipe Services, LLC, Xxtreme Trucking, LLC, and Xxtreme Pipe Storage, LLC ("Defendants") hereby file this Corporate Ownership Statement pursuant to Federal Rule of Bankruptcy Procedure 7007.1. In support thereof, Defendants would respectfully show unto the Court the following:

Defendants Xxtreme Trucking, LLC and Xxtreme Pipe Storage, LLC are both private corporations owned by Xxtreme Group, LLC, a Texas limited liability company. No other corporation has any financial interest in Defendants Xxtreme Trucking, LLC and Xxtreme Pipe Storage, LLC. Regarding Defendant Xxtreme Pipe Services, LLC, there are no entities to report under Rule 7007.1.

1

Respectfully submitted,

**HAYS, McCONN, RICE & PICKERING**

By: _____
Mark A. Padon
State Bar No. 15406300
Southern District of Texas No. 3295
400 Two Allen Center
1200 Smith Street
Houston, Texas 77002
Telephone: (713) 654-1111
Facsimile: (713) 650-0027
Email: mpadon@haysmcconn.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS XXTREME PIPE SERVICES, LLC, XXTREME TRUCKING, LLC, AND XXTREME PIPE STORAGE, LLC**

**OF COUNSEL:**

**HAYS, McCONN, RICE & PICKERING**
Michael M. Gallagher
State Bar No. 24040941
Southern District of Texas No. 560357
400 Two Allen Center
1200 Smith Street
Houston, Texas 77002
Telephone: (713) 654-1111
Facsimile: (713) 650-0027
Email: mgallagher@haysmcconn.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument has been duly sent via regular mail to all counsel of record on this the fifteenth day of March, 2006, as follows:

Mark A. Kerstein  
Buck, Keenan, Gage, Little & Lindley, L.L.P.  
700 Louisiana, Suite 5100  
Houston, Texas 77002  

Keavin D. McDonald  
Wilshire, Scott & Dyer, P.C.  
1221 McKinney, Suite 3000  
Houston, Texas 77010  

Marc H. Schneider  
Deirdre Casey Brown  
Waldron & Schneider, LLP  
15150 Middlebrook Drive  
Houston, Texas 77058  

_____  
Michael M. Gallagher